UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21901-CV-KING

SAVINO DEL BENE,

    Plaintiff,

v.

KITCHENS OF SOUTH FLORIDA,

    Defendant.
_____/

KITCHENS OF SOUTH FLORIDA

    Counter-plaintiff,

v.

SAVINO DEL BENE,
ALITALIA, BRITISH AIRWAYS, and
LUFTHANSA CARGO

    Counter-defendants.

## ORDER GRANTING MOTION TO COMPEL DEPOSITION

THIS CAUSE comes before the Court upon Defendant/Counter-plaintiff Kitchens of South Florida's ("Kitchens") Motion to Compel Deposition (DE #58). It appears from the record that this Court has already denied two requests to hold the deposition of Ennio Lazzeri in Italy, instead requiring it to be held in the Southern District of Florida. It also appears that Kitchens, notwithstanding this Court's Order, as a courtesy attempted to allow Mr. Lazzeri to conduct the deposition by phone from Italy. However, Mr. Lazzeri had to adjourn the deposition before it was completed. It also appears that Plaintiff Savino del Bene has failed to respond to Kitchens' Motion to Compel Expedited Production of Documents, and the time to do so has passed (DE

1

#56). Accordingly, after careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Kitchens' Motion to Compel Deposition of Ennio Lazzeri (DE #58) is **GRANTED.** Mr. Lazzeri **shall appear** for deposition in the Southern District of Florida on **September 9, 2009.**

2. Kitchens' Motion to Extend the Time Limits for the Deposition of Mr. Lazzeri is **DENIED.**

3. Kitchens' Motion to Compel Expedited Production of Documents (DE #56) is **GRANTED.** Savino del Bene **shall deliver** to Kitchens the requested discovery material **on or before September 4, 2009.**

4. Kitchens' Motion to Strike Savino's Motion for Summary Judgment is **DENIED.**

5. Kitchens shall file a Response to Savino's Motion for Summary Judgment (DE #38) **on or before September 23, 2009.**

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of August, 2009.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE

2

**Cc:**

**Counsel for Plaintiffs**
Thomas Vincent Halley
Halley & Halley PA
200 Crandon Boulevard
Suite 332
Key Biscayne , FL 33149
305-365-1237
Fax: 361-3354
Email: thalley@shiplaw.net
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Counsel for Defendants**
Kenneth Louis Minerley
Bloch & Minerley PL
980 North Federal Highway
Suite 412
Boca Raton , FL 33432
561-362-6699
Fax: 447-9884
Email: kminerley@blochminerley.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Robert C. Owens
18890 SW 264th St
Homestead , FL 33031
305-245-6813
Fax: 305 245 6403
Email: bobowens@avlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Andrew Robert Spector
Hyman Kaplan Ganguzza Spector & Mars
150 W Flagler Street
Suite 2701 Museum Tower
Miami , FL 33130
305-371-4244
Fax: 371-5930
Email: andrews@hsmattys.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Marc Alan Rubin
Hyman Kaplan Ganguzza Spector & Mars
150 W Flagler Street
Suite 2701 Museum Tower
Miami , FL 33130
305-371-4244
Fax: 371-5930
Email: marc@hsmattys.com
ATTORNEY TO BE NOTICED